

UNITED STATES DISTRICT COURT  **08 CV 2185**
SOUTHERN DISTRICT OF NEW YORK

---

CINTAS CORPORATION, et al.,

                                      Plaintiff,

-v-

UNITE HERE, et al.

                                      Defendant.

Case No._____

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Cintas Corporation (whose stock is publicly traded)    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** March 5, 2008

**Signature of Attorney**
Howard Nicols

**Attorney Bar Code:** HN 3594