JUDGE BAER

**UNITED STATES DISTRICT COURT** 08 CV 2185
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| CINTAS CORPORATION, et al.,      Plaintiff,<br><br>-v-<br><br>UNITE HERE, et al.<br>     Defendant. | Case No. _____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CINTAS CORPORATION NO. 2      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** March 5, 2008

**Signature of Attorney**
Howard Nicols

**Attorney Bar Code:** HN 3594