UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 2185**

CINTAS CORPORATION, et al.,

Plaintiff,

-v-

UNITE HERE, et al.

Defendant.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CINTAS CORPORATION NO. 3 (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** March 5, 2008

**Signature of Attorney**
Howard Nicols

**Attorney Bar Code:** HN 3594