SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al.,   Plaintiff,

- against -

Unite Here, et al.,   Defendant.

<u>  8  </u> cv <u>  2185  </u> ( __ )

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I,   Steven Skulnik   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Patricia B. Hogan
Firm Name:   Keating Muething & Klekamp LLP
Address:   One East Fourth Street
City/State/Zip:   Cincinnati, Ohio 45202
Phone Number:   (513) 579-6400
Fax Number:   (513) 579-6457

Patricia B. Hogan   is a member in good standing of the Bar of the States of Ohio

There are no pending disciplinary proceeding against   Patricia B. Hogan   in any State or Federal court.

Dated:   3/13/2008
City, State:   New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar   SS 7821
Firm Name:   Squire Sanders & Dempsey L.L.P.
Address:   350 Park Avenue
City/State/Zip:   New York, NY 10022
Phone Number:   212-872-9800
Fax Number:   212-872-9815

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| CINTAS CORPORATION, CINTAS CORPORATION NO. 2, CINTAS CORPORATION NO. 3 and CINTAS HOLDINGS LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITE HERE, CHANGE TO WIN, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, BRUCE RAYNOR, AHMER QADEER, KEITH MESTRICH, ELIZABETH GRES, PETER DEMAY, KATIE UNGER, STEFAN ANTONOWICZ and DOES 1 THROUGH 100,<br><br>            Defendants. | Case No.: 08 CV 2185<br><br>**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

------------------------------------------------------------

Steven Skulnik declares as follows:

1.      I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P and an attorney for Cintas Corporation, Cintas Corporation No. 2, Cintas Corporation No. 3 and Cintas Holdings LLC, the Plaintiffs in the above-captioned proceeding. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit Patricia B. Hogan as counsel pro hac vice to represent Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      Ms. Hogan is a member of the firm of Keating Muething & Klekamp LLP in Cincinnati, Ohio.

4.      I have found Ms. Hogan to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

5.      Accordingly, I am pleased to move the admission of Patricia B. Hogan, pro hac vice.

6.      I respectfully submit a proposed order granting the admission of Patricia B. Hogan, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Patricia B. Hogan, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct and was executed this 13th day of March, 2008 at New York, New York.

_____
Steven Skulnik (SS 7821)

# The Supreme Court of Ohio

### C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys.  I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Patricia Burke Hogan

was admitted to the practice of law in Ohio on November 06, 1989; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 5th day of March, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al.,           Plaintiff,

8    cv   2185    (    )

- against -

Unite Here, et al.,           Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Steven Skulnik           attorney for   Plaintiffs

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Patricia B. Hogan |
| Firm Name: | Keating Muething & Klekamp LLP |
| Address: | One East Fourth Street |
| City/State/Zip: | Cincinnati, Ohio 45202 |
| Telephone/Fax: | (513) 579-6400 |
| Email Address: | phogan@kmklaw.com |

is admitted to practice pro hac vice as counsel for   Plaintiffs   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

CINTAS CORPORATION, CINTAS CORPORATION NO. 2, CINTAS CORPORATION NO. 3 and CINTAS HOLDINGS LLC,

Case No.: 08 CV 2185

**AFFIDAVIT OF SERVICE**

        Paintiffs,

v.

UNITE HERE, CHANGE TO WIN, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, BRUCE RAYNOR, AHMER QADEER, KEITH MESTRICH, ELIZABETH GRES, PETER DEMAY, KATIE UNGER, STEFAN ANTONOWICZ and DOES 1 THROUGH 100.

        Defendants.
-------------------------------------------------------

STATE OF NEW YORK    }
                     }S.S.:
COUNTY OF NEW YORK   }

    JOSEPH R. PARILLA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Staten Island, NY 10314.

    That on the 13th day of March 2008, I caused to be served via First Class Mail a true copy of the following the foregoing Motion for Admission *pro hac vice* upon:

| | |
|---|---|
| International Brotherhood of Teamsters<br>25 Louisiana Avenue, NW<br>Washington, DC 20001 | Bruce Raynor<br>218 Jewett Road<br>Nyack, NY 10960 |
| Ahmer Qadeer<br>246 Westminster Road<br>Brooklyn, NY 11218-4343 | Keith Mestrich<br>c/o Unite Here<br>275 Seventh Avenue<br>New York, NY 10001 |
| Elizabeth Gres<br>64 Calle Tapia<br>San Juan, Puerto Rico 00911 | Peter DeMay<br>64 Calle Tapia<br>San Juan, Puerto Rico, 00911 |

Katie Unger
c/o Unite Here
275 Seventh Avenue
New York, NY, 10001

Unite Here
275 Seventh Avenue
New York, NY 10001

Stefan Antonowicz
542 Lattintown Road,
Marlboro, NY 12542.

Change to Win
1900 L Street NW, Suite 900
Washington, DC 20036

JOSEPH R. PARILLA (Lic. #924278)

Sworn to before me this
13th day of March 2008

Notary Public

KOSTADINA LAMBROU
Notary Public, State of New York
No. 01LA5041943
Qualified in Queens County
Commission Expires April 10, 20 11

2