✎SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel                    **ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al.,  Plaintiff,

                                                              __8__  cv  _2185_____  (__)

        - against -                                    **MOTION TO ADMIT COUNSEL**

Unite Here, et al.,          Defendant.        **PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Steven Skulnik        a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Applicant's Name:  Gregory M. Utter
        Firm Name:          Keating Muething & Klekamp LLP
        Address:            One East Fourth Street
        City/State/Zip:     Cincinnati, Ohio 45202
        Phone Number:       (513) 579-6400
        Fax Number:         (513) 579-6457

  Gregory M. Utter                    is a member in good standing of the Bar of the States of

Ohio

There are no pending disciplinary proceeding against   Gregory M. Utter
in any State or Federal court.

Dated:       3/13/2008
City, State: New York, NY

        Respectfully submitted,

        Sponsor's
        SDNY Bar  SS 7821
        Firm Name:  Squire Sanders & Dempsey L.L.P.
        Address:     350 Park Avenue
        City/State/Zip: New York, NY 10022
        Phone Number: 212-872-9800
        Fax Number:   212-872-9815

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CINTAS CORPORATION, CINTAS
CORPORATION NO. 2, CINTAS
CORPORATION NO. 3 and CINTAS
HOLDINGS LLC,

          Plaintiffs,

        v.

UNITE HERE, CHANGE TO WIN,
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, BRUCE RAYNOR, AHMER
QADEER, KEITH MESTRICH, ELIZABETH
GRES, PETER DEMAY, KATIE UNGER,
STEFAN ANTONOWICZ and DOES 1
THROUGH 100,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No.: 08 CV 2185

**DECLARATION IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE**

Steven Skulnik declares as follows:

    1.    I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P and an

attorney for Cintas Corporation, Cintas Corporation No. 2, Cintas Corporation No. 3 and  Cintas

Holdings LLC, the Plaintiffs in the above-captioned proceeding.  I am familiar with the

proceedings in this case.  I make this statement based on my personal knowledge of the facts set

forth herein and in support of Plaintiffs' motion to admit Gregory M. Utter as counsel pro hac

vice to represent Plaintiffs in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was

admitted to practice law in February 1984.  I am also admitted to the bar of the United States

District Court for the Southern District of New York, and am in good standing with this Court.

    3.    Mr. Utter is a member of the firm of Keating Muething & Klekamp LLP in

Cincinnati, Ohio.

4.     I have found Mr. Utter to be a skilled attorney and a person of integrity.  He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

5.     Accordingly, I am pleased to move the admission of Gregory M. Utter, pro hac vice.

6.     I respectfully submit a proposed order granting the admission of Gregory M. Utter, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Gregory M. Utter, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct and was executed this 13th day of March, 2008 at New York, New York.

_____
Steven Skulnik (SS 7821)

# The Supreme Court of Ohio

C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys.  I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Gregory Michael Utter

was admitted to the practice of law in Ohio on November 06, 1981; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 5th day of March, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

✎SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Cintas Corporation, et al.,                    Plaintiff,

                                                                8    cv 2185      (      )

              - against -

Unite Here, et al.,                          Defendant.        **ORDER FOR ADMISSION**
                                                              **PRO HAC VICE**
                                                              **ON WRITTEN MOTION**

Upon the motion of  Steven Skulnik            attorney for  Plaintiffs

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

          Applicant's Name:       Gregory M. Utter

          Firm Name:              Keating Muething & Klekamp LLP

          Address:                One East Fourth Street

          City/State/Zip:         Cincinnati, Ohio 45202

          Telephone/Fax:          (513) 579-6400

          Email Address:          gmutter@kmklaw.com

is admitted to practice pro hac vice as counsel for  Plaintiffs                        in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:

                              _____
                              United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $              SDNY RECEIPT#

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

|  |  |
|---|---|
| CINTAS CORPORATION, CINTAS CORPORATION NO. 2, CINTAS CORPORATION NO. 3 and CINTAS HOLDINGS LLC, | Case No.:  08 CV 2185 |
|  | **AFFIDAVIT OF SERVICE** |
| Paintiffs, |  |
| v. |  |
| UNITE HERE, CHANGE TO WIN, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, BRUCE RAYNOR, AHMER QADEER, KEITH MESTRICH, ELIZABETH GRES, PETER DEMAY, KATIE UNGER, STEFAN ANTONOWICZ and DOES 1 THROUGH 100. |  |
| Defendants. |  |

---------------------------------------------------------------

STATE OF NEW YORK    }
                     }S.S.:
COUNTY OF NEW YORK   }

    JOSEPH R. PARILLA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Staten Island, NY 10314.

    That on the 13th day of March 2008, I caused to be served via First Class Mail a true copy of the following the foregoing Motion for Admission *pro hac vice* upon:

| | |
|---|---|
| International Brotherhood of Teamsters 25 Louisiana Avenue, NW Washington, DC 20001 | Bruce Raynor 218 Jewett Road Nyack, NY 10960 |
| Ahmer Qadeer 246 Westminster Road Brooklyn , NY 11218-4343 | Keith Mestrich c/o Unite Here 275 Seventh Avenue New York, NY 10001 |
| Elizabeth Gres 64 Calle Tapia San Juan, Puerto Rico 00911 | Peter DeMay 64 Calle Tapia San Juan , Puerto Rico, 00911 |

Katie Unger
c/o Unite Here
275 Seventh Avenue
New York, NY, 10001

Stefan Antonowicz
542 Lattintown Road,
Marlboro, NY 12542.

Unite Here
275 Seventh Avenue
New York, NY 10001

Change to Win
1900 L Street NW, Suite 900
Washington, DC 20036

JOSEPH R. PARELLA (Lic. #924278)

Sworn to before me this
13th day of March 2008

Notary Public

KOSTADINA LAMBROU
Notary Public, State of New York
No. 01LA5041943
Qualified in Queens County
Commission Expires April 10, 20 LL