UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINTAS CORPORATION, CINTAS CORPORATION NO. 2,  :
CINTAS CORPORATION NO.3 and CINTAS HOLDINGS LLC,:
                                    Plaintiffs,   :

                       v.

UNITE HERE, CHANGE TO WIN,
INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
BRUCE RAYNOR, AHMER QADEER,
KEITH MESTRICH, ELIZABETH GRES,
PETER DEMAY, KATIE UNGER,
STEFAN ANTONOWICZ and DOES 1 THROUGH 100,

                                 Defendants.  :

08 CV 2185 (WHP)

**STIPULATION
AND ORDER**

The undersigned counsel for the parties agree that the time for Defendants to answer or move with respect to the Complaint is extended to and through May 13, 2008.

Dated: New York, New York
        March 26, 2008

Squire, Sanders & Dempsey LLP
Attorneys for Plaintiffs
350 Park Avenue
New York, NY 10022-6022
212-872-9800
Fax: 212-872-9815
Email: hnicols@ssd.com

By:_____
     Howard J.C. Nicols (HN3594)

Tesser, Ryan & Rochman LLP
Attorneys for Defendants
509 Madison Avenue
New York, NY 10022
212-754-9000
Fax: 212754-5906
Email: rochmanesq@nyc.rr.com

By:_____
     Irwin Rochman (IR7573

**SO ORDERED:**

_____