UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CINTAS CORPORATION, CINTAS CORPORATION NO. 2,
CINTAS CORPORATION NO.3 and CINTAS HOLDINGS LLC,:

                                                    Plaintiffs,

                            v.

UNITE HERE, CHANGE TO WIN,
INTERNATIONAL BROTHERHOOD OF TEAMSTERS,
BRUCE RAYNOR, AHMER QADEER,
KEITH MESTRICH, ELIZABETH GRES,
PETER DEMAY, KATIE UNGER,
STEFAN ANTONOWICZ and DOES 1 THROUGH 100,

                                                    Defendants.   :



08 CV 2185 (WHP)

STIPULATION
AND ORDER



The undersigned counsel for the parties agree that the time for Defendants to

answer or move with respect to the Complaint is extended to and through May 13,

2008.

Dated: New York, New York
       March 26, 2008

Squire, Sanders & Dempsey LLP
Attorneys for Plaintiffs
350 Park Avenue
New York, NY 10022-6022
212-872-9800
Fax: 212-872-9815
Email: hnicols@ssd.com

By:_____
     Howard J.C. Nicols (HN3594)

Tesser, Ryan & Rochman LLP
Attorneys for Defendants
509 Madison Avenue
New York, NY 10022
212-754-9000
Fax: 212754-5906
Email: rochmanesq@nyc.rr.com

By:_____
     Irwin Rochman (IR7573

SO ORDERED:

4/14/2008
William H. Pauley III
U.S.D.J.