SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al.,     Plaintiff,

8 cv 2185 (WHP)

- against -

Unite Here, et al.,     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Steven Skulnik attorney for Plaintiffs and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Drew M. Hicks |
| Firm Name: | Keating Muething & Klekamp LLP |
| Address: | One East Fourth Street |
| City/State/Zip: | Cincinnati, Ohio 45202 |
| Telephone/Fax: | (513) 579-6400 |
| Email Address: | dhicks@kmklaw.com |

is admitted to practice pro hac vice as counsel for Plaintiffs *Cintas Corp. et al.* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 4/14/2008
City, State: New York, NY

_____
United States District/Magistrate Judge
William H. Pauley III

FOR OFFICE USE ONLY: FEE PAID $     SDNY RECEIPT#
SDNY Form Web 10/2006