USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/2008

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Cintas Corporation, et al.,                    Plaintiff,

                                        8    cv  2185      (WHP )

        - against -

Unite Here, et al.,                    Defendant.            **ORDER FOR ADMISSION**
                                                              **PRO HAC VICE**
                                                              **ON WRITTEN MOTION**

Upon the motion of  Steven Skulnik          attorney for   Plaintiffs

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:      Christy M. Nageleisen-Blades

        Firm Name:             Keating Muething & Klekamp LLP

        Address:               One East Fourth Street

        City/State/Zip:        Cincinnati, Ohio 45202

        Telephone/Fax:         (513) 579-6400

        Email Address:         cnageleisenblades@kmklaw.com

is admitted to practice pro hac vice as counsel for   Plaintiffs  *Cintas Corp. et al.*  in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:  4/14/2008
City, State:  New York, NY

                        _____
                        United States District/Magistrate Judge
                        William H. Pauley III

FOR OFFICE USE ONLY:  FEE PAID $_____    SDNY RECEIPT#_____
SDNY Form Web 10/2006