SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al.
                                Plaintiff,

- against -                                      08   cv   2185   (WHP)

Unite Here, et al.       Defendant.              MOTION TO ADMIT COUNSEL
                                                 PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Irwin Rochman  a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  Applicant's Name: Matthew H. Clash-Drexler
  Firm Name: Bredhoff & Kaiser P.L.L.C.
  Address: 805 Fifteenth Street, NW, Suite 1000
  City/State/Zip: Washington, D.C.   20005
  Phone Number: (202) 842-2600
  Fax Number: (202) 842-1888

Matthew Clash-Drexler is a member in good standing of the Bar of the States of District of Columbia

There are no pending disciplinary proceeding against Matthew Clash-Drexler in any State or Federal court.

Dated: April 30, 2008
City, State: New York, NY

          Respectfully submitted,

          _____
          Sponsor's
          SDNY Bar  SS 7573
          Firm Name: Tesser, Ryan & Rochman, LLP
          Address: 509 Madison Avenue
          City/State/Zip: New York, N.Y.   10022
          Phone Number: (212) 754-9000
          Fax Number: (212) 754-5906

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, Cintas Corporation No. 2, Cintas Corporation No. 3 and Cintas Holdings LLC,

          Plaintiffs,

v.                              Case No.: 08 cv 2185 (WHP)

Unite Here, Change to Win, International Brotherhood of Teamsters, Bruce Raynor, Ahmer Qadeer, Keith Mestrich, Elizabeth Gres, Peter Demay, Katie Unger, Stefan Antonowicz, And Does 1 Through 100,

          Defendants.

**DECLARATION OF
IRWIN ROCHMAN
IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE**

Irwin Rochman declares as follows:

1. I am a partner at Tesser, Ryan & Rochman, LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Matthew H. Clash-Drexler as counsel pro hac vice to represent Defendants' Change to Win and International Brotherhood of Teamsters in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October of 1963. I am also admitted to the Bar of this Court and am in good standing with this court.

3. Mr. Clash-Drexler is an associate at Bredhoff & Kaiser P.L.L.C., in Washington, D.C..

4. I believe Mr. Clash-Drexler to be a skilled attorney, a person of integrity, experienced in Federal practice and familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Matthew Clash-Drexler, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Matthew Clash-Drexler, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Matthew Clash-Drexler, pro hac vice, to represent Defendants Change to Win and International Brotherhood of Teamsters in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct and was executed this 30th day of April, 2008, at New York, New York.

_____
Irwin Rochman (SS 7573)



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MATTHEW H. CLASH-DREXLER

was on the 10TH day of MAY, 2002 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 25, 2008.

GARLAND PINKSTON, JR., CLERK

By: *M. Charles*
Deputy Clerk

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice was served, via First Class Mail, on this 1st day of May, 2008, upon the following:

Gregory Michael Utter
Jamie M. Ramsey
Patricia Hogan
Christy M. Nageleisen-Blades
Drew M. Hicks
Keating, Muething & Klekamp, P.L.L
1400 Provident Tower, One East Fourth Street
Cincinnati, OH 45202


Elizabeth Gres
Peter DeMay
64 Calle Tapia
San Juan, Puerto Rico 00911

Bruce Raynor
218 Jewett Road
Nyack, NY 10960

Howard J.C. Nicols
Steven Skulnik
Squire, Sanders & Dempsey LLP( Cleveland )
350 Park Avenue
New York, NY 10022-6022


Keith Mestrich
Katie Unger
Unite Here
275 Seventh Avenue
New York, NY 10001

Ahmer Qadeer
246 Westminster Road
Brooklyn, NY 11218

Stefan Antonowicz
542 Latintown Road
Marlboro, NY 12542

_____
Irwin Rochman  SS 7573
Tesser, Ryan & Rochman, LLP
509 Madison Avenue
New York, N.Y. 10022

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al.
                              Plaintiff,

                                                              08   cv   2185   ( WHP )

    - against -
                              Defendant.      **ORDER FOR ADMISSION**
Unite Here, et al.                             **PRO HAC VICE**
                                               **ON WRITTEN MOTION**

Upon the motion of  Irwin Rochman   attorney for  Defendants

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Matthew H. Clash-Drexler

    Firm Name: Bredhoff & Kaiser P.L.L.C.

    Address: 805 Fifteenth Street, NW, Suite 1000

    City/State/Zip: Washington, D.C. 20005

    Telephone/Fax: (202)842-2600/(202)842-1888

    Email Address: mcdrexler@bredhoff.com

is admitted to practice pro hac vice as counsel for  Defendants, Change to Win and Int'l Bhd. of Teamsters  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                    _____
                                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $           SDNY RECEIPT#
SDNY Form Web 10/2006