SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

RECEIVED

BY _____ DATE 5/5/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al. Plaintiff,

      - against -

Unite Here, et al.     Defendant.

08   cv   2185    (WHP )

### MOTION TO ADMIT COUNSEL
### PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Irwin Rochman      a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

      Applicant's Name:   Leon Dayan

      Firm Name:   Bredhoff & Kaiser P.L.L.C.

      Address:   805 Fifteenth Street, NW, Suite 1000

      City/State/Zip:   Washington, D.C.  20005

      Phone Number:   (202) 842-2600

      Fax Number:   (202) 842-1888

          Leon Dayan     is a member in good standing of the Bar of the States of

District of Columbia

There are no pending disciplinary proceeding against   Leon Dayan

in any State or Federal court.

Dated: April 30, 2008

City, State: New York, NY

      Respectfully submitted,

      Sponsor's

      SDNY Bar   SS 7573

      Firm Name:   Tesser, Ryan & Rochman, LLP

      Address:   509 Madison Avenue

      City/State/Zip:   New York, N.Y.  10022

      Phone Number:   (212) 754-9000

      Fax Number:   (212) 754-5906

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, Cintas Corporation No.
2, Cintas Corporation No. 3 and Cintas
Holdings LLC,

                 Plaintiffs,

      v.

Unite Here, Change to Win, International
Brotherhood of Teamsters, Bruce Raynor,
Ahmer Qadeer, Keith Mestrich, Elizabeth
Gres, Peter Demay, Katie Unger, Stefan
Antonowicz, And Does 1 Through 100,

                 Defendants.

Case No.: 08 cv 2185 (WHP)

**DECLARATION OF
IRWIN ROCHMAN
IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE**

Irwin Rochman declares as follows:

1.     I am a partner at Tesser, Ryan & Rochman, LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Leon Dayan as counsel pro hac vice to represent Defendants' Change to Win and International Brotherhood of Teamsters in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October of 1963. I am also admitted to the Bar of this Court and am in good standing with this court.

3.     Mr. Dayan is a member at Bredhoff & Kaiser P.L.L.C., in Washington, D.C..

4.     I believe Mr. Dayan to be a skilled attorney, a person of integrity, experienced in Federal practice and familiar with the Federal Rules of Procedure.

5.     Accordingly, I am pleased to move the admission of Leon Dayan, pro hac vice.

6.    I respectfully submit a proposed order granting the admission of Leon Dayan, pro

hac vice, which is attached hereto as Exhibit A.


WHEREFORE it is respectfully requested that the motion to admit Leon Dayan, pro hac

vice, to represent Defendants Change to Win and International Brotherhood of Teamsters

in the above captioned matter, be granted.


I declare under penalty of perjury that the foregoing is true and correct and was

executed this 30th day of April, 2008, at New York, New York.

_____
Irwin Rochman (SS 7573)



**District of Columbia Court of Appeals**
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

LEON DAYAN

was on the ___2ND___ _____ day of _____ DECEMBER, 1994 _____

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on April
24, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____

Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice was served, via First Class Mail, on this 1st day of May, 2008, upon the following:

Gregory Michael Utter
Jamie M. Ramsey
Patricia Hogan
Christy M. Nageleisen-Blades
Drew M. Hicks
Keating, Muething & Klekamp, P.L.L
1400 Provident Tower, One East Fourth Street
Cincinnati, OH 45202


Elizabeth Gres
Peter DeMay
64 Calle Tapia
San Juan, Puerto Rico 00911

Bruce Raynor
218 Jewett Road
Nyack, NY 10960

Howard J.C. Nicols
Steven Skulnik
Squire, Sanders & Dempsey LLP( Cleveland )
350 Park Avenue
New York, NY 10022-6022


Keith Mestrich
Katie Unger
Unite Here
275 Seventh Avenue
New York, NY  10001

Ahmer Qadeer
246 Westminster Road
Brooklyn, NY 11218

Stefan Antonowicz
542 Latintown Road
Marlboro, NY 12542



_____
Irwin Rochman  SS 7573
Tesser, Ryan & Rochman, LLP
509 Madison Avenue
New York, N.Y.  10022

✎SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

Cintas Corporation, et al.
                               Plaintiff,

                                                          08    cv 2185      (WHP )

          - against -

Unite Here, et al.                    Defendant.          **ORDER FOR ADMISSION**
                                                          **PRO HAC VICE**
                                                          **ON WRITTEN MOTION**

Upon the motion of  Irwin Rochman      attorney for  Defendants

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

          Applicant's Name:  Leon Dayan

          Firm Name:  Bredhoff & Kaiser P.L.L.C.

          Address:  805 Fifteenth Street, NW, Suite 1000

          City/State/Zip:  Washington, D.C. 20005

          Telephone/Fax:  (202)842-2600/(202)842-1888

          Email Address:  ldayan@bredhoff.com

is admitted to practice pro hac vice as counsel for   Defendants, Change to Win and
                                                      Int'l Bhd. of Teamsters        in the above
captioned case in the United States District Court for the Southern District of New York.  All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:

                                        _____
                                        United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____     SDNY RECEIPT# _____
SDNY Form Web 10/2006