SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al. Plaintiff,

- against -

Unite Here, et al.         Defendant.

08 cv 2185 (WHP)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Irwin Rochman   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Robert M. Weinberg
Firm Name: Bredhoff & Kaiser P.L.L.C.
Address: 805 Fifteenth Street, NW, Suite 1000
City/State/Zip: Washington, D.C.   20005
Phone Number: (202) 842-2600
Fax Number: (202) 842-1888

Robert M. Weinberg is a member in good standing of the Bar of the States of District of Columbia

There are no pending disciplinary proceeding against Robert M. Weinberg in any State or Federal court.

Dated: April 30, 2008
City, State: New York, NY

Respectfully submitted,

_____
Sponsor's
SDNY Bar SS 7573
Firm Name: Tesser, Ryan & Rochman, LLP
Address: 509 Madison Avenue
City/State/Zip: New York, N.Y. 10022
Phone Number: (212) 754-9000
Fax Number: (212) 754-5906

Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

Cintas Corporation, Cintas Corporation No. 2, Cintas Corporation No. 3 and Cintas Holdings LLC,

      Plaintiffs,

v.

Unite Here, Change to Win, International Brotherhood of Teamsters, Bruce Raynor, Ahmer Qadeer, Keith Mestrich, Elizabeth Gres, Peter Demay, Katie Unger, Stefan Antonowicz, And Does 1 Through 100,

      Defendants.

Case No.: 08 cv 2185 (WHP)

**DECLARATION OF
IRWIN ROCHMAN
IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE**

Irwin Rochman declares as follows:

1. I am a partner at Tesser, Ryan & Rochman, LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Robert M. Weinberg as counsel pro hac vice to represent Defendants' Change to Win and International Brotherhood of Teamsters in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October of 1963. I am also admitted to the Bar of this Court and am in good standing with this court.

3. Mr. Weinberg is a member at Bredhoff & Kaiser P.L.L.C., in Washington, D.C..

4. I have found Mr. Weinberg to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Robert M. Weinberg, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Robert M. Weinberg, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Robert M. Weinberg, pro hac vice, to represent Defendants Change to Win and International Brotherhood of Teamsters in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct and was executed this 30th day of April, 2008, at New York, New York.

*[signature]*
Irwin Rochman (SS 7573)



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ROBERT M. WEINBERG

was on the 7TH day of NOVEMBER, 1969 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 24, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Motion to Admit Counsel Pro Hac Vice was served, via First Class Mail, on this 1st day of May, 2008, upon the following:

Gregory Michael Utter
Jamie M. Ramsey
Patricia Hogan
Christy M. Nageleisen-Blades
Drew M. Hicks
Keating, Muething & Klekamp, P.L.L
1400 Provident Tower, One East Fourth Street
Cincinnati, OH 45202


Elizabeth Gres
Peter DeMay
64 Calle Tapia
San Juan, Puerto Rico 00911

Bruce Raynor
218 Jewett Road
Nyack, NY 10960

Howard J.C. Nicols
Steven Skulnik
Squire, Sanders & Dempsey LLP( Cleveland )
350 Park Avenue
New York, NY 10022-6022


Keith Mestrich
Katie Unger
Unite Here
275 Seventh Avenue
New York, NY 10001

Ahmer Qadeer
246 Westminster Road
Brooklyn, NY 11218

Stefan Antonowicz
542 Latintown Road
Marlboro, NY 12542


_____
Irwin Rochman  SS 7573
Tesser, Ryan & Rochman, LLP
509 Madison Avenue
New York, N.Y. 10022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al.      Plaintiff,

08   cv   2185   (WHP)

- against -

Unite Here, et al.      Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Irwin Rochman attorney for Defendants

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Robert M. Weinberg

Firm Name: Bredhoff & Kaiser P.L.L.C.

Address: 805 Fifteenth Street, NW, Suite 1000

City/State/Zip: Washington, D.C. 20005

Telephone/Fax: (202)842-2600/(202)842-1888

Email Address: rweinberg@bredhoff.com

is admitted to practice pro hac vice as counsel for Defendants, Change to Win and Int'l Bhd. of Teamsters in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006