**ORIGINAL**

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al.,   Plaintiff,

- against -

Unite Here, et al.,   Defendant.

__8__ cv __2185__ (__)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Skulnik   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   George R. Blakey
Firm Name:          Notre Dame Law School
Address:            112 Law School
City/State/Zip:     Notre Dame, Indiana 46556
Phone Number:       (574) 631-5717
Fax Number:         (574) 631-4197

George R. Blakey   is a member in good standing of the Bar of the States of North Carolina, District of Columbia, Colorado and the United States Supreme Court

There are no pending disciplinary proceeding against George R. Blakey in any State or Federal court.

Dated:         5/30/2008
City, State:   New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar      SS 7821
Firm Name:    Squire Sanders & Dempsey L.L.P.
Address:      350 Park Avenue
City/State/Zip: New York, NY 10022
Phone Number: 212-872-9800
Fax Number:   212-872-9815

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| CINTAS CORPORATION, CINTAS CORPORATION NO. 2, CINTAS CORPORATION NO. 3 and CINTAS HOLDINGS LLC,<br><br>               Plaintiffs,<br><br>            v.<br><br>UNITE HERE, CHANGE TO WIN, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, BRUCE RAYNOR, AHMER QADEER, KEITH MESTRICH, ELIZABETH GRES, PETER DEMAY, KATIE UNGER, STEFAN ANTONOWICZ and DOES 1 THROUGH 100,<br><br>               Defendants. | Case No.: 08 CV 2185<br><br>**DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

------------------------------------------------------------

Steven Skulnik declares as follows:

1.    I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P and an attorney for Cintas Corporation, Cintas Corporation No. 2, Cintas Corporation No. 3 and Cintas Holdings LLC, the Plaintiffs in the above-captioned proceeding. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit George R. Blakey as counsel pro hac vice to represent Plaintiffs in this matter.

2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.    Mr. Blakey is the William J. and Dorothy K. O'Neill Professor of Law at Notre Dame Law School in Notre Dame, Indiana.

2

4. I have found Mr. Blakey to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of George R. Blakey, pro hac vice.

6. I respectfully submit a proposed order granting the admission of George R. Blakey, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit George R. Blakey, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct and was executed this 30th day of May, 2008 at New York, New York.

_____
Steven Skulnik (SS 7821)



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

GEORGE R. BLAKEY

was on the 21ST day of OCTOBER, 1960 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 6, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
Deputy Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al.,    Plaintiff,

8  cv  2185  (  )

- against -

Unite Here, et al.,    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Steven Skulnik   attorney for   Plaintiffs

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | George R. Blakey |
| Firm Name: | Notre Dame Law School |
| Address: | 326 Law School |
| City/State/Zip: | Notre Dame, Indiana 46556 |
| Telephone/Fax: | (574) 631-5717 |
| Email Address: | G.R.Blakey.1@nd.edu |

is admitted to practice pro hac vice as counsel for   Plaintiffs   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $     SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

CINTAS CORPORATION, CINTAS             Case No.:  08 CV 2185
CORPORATION NO. 2, CINTAS
CORPORATION NO. 3 and CINTAS           **AFFIDAVIT OF SERVICE**
HOLDINGS LLC,

                Plaintiffs,

    v.

UNITE HERE, CHANGE TO WIN,
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, BRUCE RAYNOR, AHMER
QADEER, KEITH MESTRICH, ELIZABETH
GRES, PETER DEMAY, KATIE UNGER,
STEFAN ANTONOWICZ and DOES 1
THROUGH 100.

                Defendants.
-----------------------------------------------------------
STATE OF NEW YORK     }
                          }S.S.:
COUNTY OF NEW YORK  }

      JOSEPH R. PARILLA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Staten Island, NY 10314.

      That on the 2nd day of June 2008, I caused to be served via First Class Mail a true copy of the following the foregoing Motion for Admission *pro hac vice* upon:

Irwin Rochman                        Andew Roth
Tesser, Ryan & Rochman, LLP      Bredhoff & Kaiser, PLLC
509 Madison Avenue              805 Fifteenth Street, N.W., Suite 1000
New York, New York 10022        Washington, DC 20005

                                        _____
                                        JOSEPH R. PARILLA (Lic. #924278)

Sworn to before me this
2nd day of June 2008

_____
Notary Public

KOSTADINA LAMBROU
Notary Public, State of New York
No. 01LA5041943
Qualified in Queens County
Commission Expires April 10, 20__