UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
CINTAS CORPORATION et al.,
:
              Plaintiffs,                          08 Civ. 2185(WHP)
:
              -against-                       SCHEDULING ORDER
:
UNITE HERE et al.,
:
              Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a May 27, 2008 conference, the following is established on consent:

        (1) Plaintiffs shall submit a letter regarding discovery by June 2, 2008;

        (2) Defendants shall submit a letter response regarding discovery by June 6, 2008;

        (3) Defendants shall serve and file their motion to dismiss not to exceed forty (40) pages by June 20, 2008;

        (4) Plaintiffs shall serve and file any opposition not to exceed forty (40) pages by August 8, 2008;

        (5) Defendants shall serve and file any reply not to exceed twenty (20) pages by August 22, 2008; and

    (6) This Court will hear oral argument on September 26, 2008 at 11:45 a.m.

Dated: June 4, 2008
   New York, New York

             SO ORDERED:

             _____
             WILLIAM H. PAULEY III
               U.S.D.J.

*Counsel of record:*

| | |
|---|---|
| Drew M. Hicks, Esq. | Irwin Rochman, Esq. |
| Patricia Hogan, Esq. | Tesser & Cohen |
| Christy M. Nageleisen-Blades, Esq. | 591 Broadway, Sixth Floor |
| Jamie M. Ramsey, Esq. | New York, NY 10021 |
| Gregory Michael Utter, Esq. | *Counsel for Defendants Unite Here,* |
| Keating, Muething & Klekamp, P.L.L | *Bruce Raynor, Ahmer Qadeer, Keith* |
| 1400 Provident Tower | *Mestrich,* |
| One East Fourth Street | *Elizabeth Gres, Peter Demay, Katie Unger,* |
| Cincinnati, OH 45202 | *and Stefan Antonowicz* |
| -and- | |
| Howard J.C. Nicols, Esq. | Matthew Clash-Drexler, Esq. |
| Steven Skulnik, Esq. | Leon Dayan, Esq. |
| Squire, Sanders & Dempsey LLP | Andrew D. Roth, Esq. |
| 350 Park Avenue | Robert Mark Weinberg, Esq. |
| New York, NY 10022-6022 | Bredhoff & Kaiser, P.L.L.C. |
| *Counsel for Plaintiffs* | 805 15th Street, N.W., Suite 1000 |
| | Washington, DC 20005 |
| | *Counsel for Defendants Change to Win* |
| | *and International Brotherhood of Teamsters* |