SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cintas Corporation, et al.
                            Plaintiff,

- against -

Unite Here, et al.
                            Defendant.



08-cv-2185 (WHP)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Irwin Rochman attorney for Defendants

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Matthew H. Clash-Drexler

    Firm Name: Bredhoff & Kaiser P.L.L.C.

    Address: 805 Fifteenth Street, NW, Suite 1000

    City/State/Zip: Washington, D.C. 20005

    Telephone/Fax: (202)842-2600/(202)842-1888

    Email Address: mcdrexler@bredhoff.com

is admitted to practice pro hac vice as counsel for Defendants, Change to Win and Int'l Bhd. of Teamsters in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June 17, 2008
City, State: New York, NY

                            United States District/~~Magistrate Judge~~
                            William H. Pauley III

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006