IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cintas Corporation, Cintas Corporation No. 2, Cintas Corporation No. 3 and Cintas Holdings LLC,<br><br>    Plaintiffs,<br> v.<br><br>UNITE HERE, Change to Win, International Brotherhood of Teamsters, Bruce Raynor, Ahmer Qadeer, Keith Mestrich, Elizabeth Gres, Peter Demay, Katie Unger, Stefan Antonowicz, And Does 1 Through 100,<br><br>    Defendants. | Case No.: 08 cv 2185 (WHP) |

## NOTICE OF DEFENDANTS' JOINT MOTION TO DISMISS

PLEASE TAKE NOTICE that all Defendants jointly move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Plaintiffs' Complaint in its entirety.

The grounds for this Motion are fully stated in the accompanying Memorandum of Law.

This Court has scheduled oral argument on the Motion for September 26, 2008, at 11:45 A.M.

Respectfully submitted,

| | |
|---|---|
| */s/* Irwin Rochman | */s/* Robert M. Weinberg |
| Irwin Rochman (SDNY Bar No. SS7573) | Robert M. Weinberg *(pro hac vice)* |
| Tesser, Ryan & Rochman, LLP | Andrew D. Roth *(pro hac vice)* |
| 509 Madison Avenue | Leon Dayan *(pro hac vice)* |
| New York, New York  10022 | Bredhoff & Kaiser, PLLC |
| Phone:  (212) 754-9000 | 805 Fifteenth Street, N.W., Suite 1000 |
| Fax:  (212) 754-5906 | Washington, DC  20005 |
| | Phone:  (202) 842-2600 |
| Attorney for Defendants UNITE HERE, Bruce Raynor, Ahmer Qadeer, Keith Mestrich, Elizabeth Gres, Peter DeMay, Katie Unger and Stefan Antonowitz | Fax:  (202) 842-1888 |
| | Attorneys for Defendants International Brotherhood of Teamsters and Change to Win |