UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CINTAS CORPORATION, et al.,

                      Plaintiff,                     _08_ **CIVIL** _2185____(WHP**)**

       -against-

UNITE HERE, et al.,

                      Defendant.
-----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Howard J.C. Nichols c/o Squire, Sanders & Demspey L.L.P.__

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _(HC 3594)_

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] *Address:* _1095 Avenue of the Americas, 31st Floor, NY, NY 10036-6797_

[ ] *Telephone Number:* _____

[ ] *Fax Number:* _____

[ ] *E-Mail Address:* _____

Dated: __08/01/01__            _/s/ Howard J.C. Nichols_
                                                Howard J.C. Nichols (HC 3594)