UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

CINTAS CORPORATION, et al.,

                    Plaintiff,                                                       08 **CIVIL** 2185    (**WHP**)

        -against-

UNITE HERE, et al.,

                    Defendant.
-----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Steven Skulnik c/o Squire, Sanders & Dempsey L.L.P___

    X    *Attorney*

           X    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __(SS 7821)__

           ☐    I am a Pro Hac Vice attorney

           ☐    I am a Government Agency attorney

    ☐    *Law Firm/Government Agency Association*

        From: _____

        To: _____

           ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

           ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

    X    *Address:*    __1095 Avenue of the Americas, 31st Floor, NY, NY 10036-6797__

    ☐    *Telephone Number:* _____

    ☐    *Fax Number:* _____

    ☐    *E-Mail Address:* _____

Dated: __08/01/08__           _____
                                                    Steven Skulnik (SS 7821)