```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––– X

CINTAS CORPORATION, CINTAS
CORPORATION NO. 2, CINTAS
CORPORATION NO. 3 and CINTAS HOLDINGS
LLC,

      Plaintiffs,

  - againsst-

UNITE HERE, CHANGE TO WIN,
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS, BRUCE RAYNOR, AHMER
QADEER, KEITH MESTRICH, ELIZABETH
GRES, PETER DEMAY, KATIE UNGER,
STEFAN ANTONOWICZ and DOES 1
THROUGH 100,

      Defendants.

––––––––––––––––––––––––––––––––––––––– X

No. 08-CV-2185 (WHP)

Stipulation and Order
to Change Attorneys

    It is hereby consented that the firm of Kramer Levin Naftalis & Frankel LLP, located at 1177 Avenue of the Americas, New York, New York 10036, be substituted as one of the attorneys of record for plaintiffs in the above-entitled action in place and stead of Squire, Sanders & Dempsey, LLP, 1095 Avenue of the Americas, New York, New York 10036, as of the date hereof.

Dated: August 6, 2008

Squire, Sanders & Dempsey, LLP

By: _____
  Howard J.C. Nichols (HN 3594)
  Steven Skulnik (SS 7821)
1095 Avenue of the Americas
New York, New York 10036

Attorneys for plaintiffs

Kramer Levin Naftalis & Frankel LLP

By: _____
  Jonathan M. Wagner (JW-7197)

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
JWagner@kramerlevin.com

KL3 2671283.1

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/15/2008

Cintas Corporation, Cintas Corporation No. 2,
Cintas Corporation No. 3 and Cintas Holdings LLC

By: /s/ *signature*
Max V. Langenkamp, Esq.

SO ORDERED:

_____
William H. Pauley, III
United States District Judge